IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERONICA R. PEARSON,

        Plaintiff,                        No. CIV S-06-2505 FCD DAD PS

    vs.

DANNY BRACE, ESQ., et al.,

        Defendants.            ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action alleging legal malpractice. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 10, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2007, are adopted in full;

2. Defendants' August 29, 2007 motion to dismiss is granted; and

3. This action is dismissed with prejudice as to all defendants.

DATED: November 5, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE